1
2
3
4
5
6
7
8       UNITED STATES DISTRICT COURT FOR THE
        WESTERN DISTRICT OF WASHINGTON
9                      AT SEATTLE
10
11  JIAN WEI (BRUCE) SUI,                          C18-107 RSM
12                    Plaintiff,
                                                   STIPULATION AND ORDER TO
13          v.                                     RENOTE PLAINTIFF'S MOTION
                                                   FOR SUMMARY JUDGMENT
14  UNITED STATES CITIZENSHIP AND
15  IMMIGRATION SERVICES; FEDERAL
    BUREAU OF INVESTIGATION; JILL A.
16  EGGLESTON, DIRECTOR OF USCIS FOIA
17  OPERATIONS; DAVID HARDY, SECTION
    CHIEF OF THE RECORDS MANAGEMENT
18  DIVISION OF THE FBI; KIRSTJEN M.
19  NIELSEN, SECRETARY OF THE
    DEPARTMENT OF HOMELAND
20  SECURITY; JEFFERSON SESSIONS,
    ATTORNEY GENERAL OF THE
21  UNITED STATES,
22                    Defendants.
23
24                       **JOINT STIPULATION**

25          The parties stipulate and agree that Plaintiff's motion for summary judgment (Dkt.

26  #9) shall be renoted for September 14, 2018.  Defendants will respond by September 10,

27  2018.
28
            Dated this 13th day of August, 2018.          Dated this 13th day of August, 2018.

1

2    GIBBS HOUSTON PAUW

3

_ s/ Robert Pauw _
4    Robert Pauw, WSBA No. 13613

5    Gibbs Houston Pauw
     1000 Second Avenue, Suite 1600
6    Seattle, Washington 98104-1003

7    Phone: 206-682-1080
     Email:  rpauw@ghp-law.net
8
     Attorney for Plaintiff
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ANNETTE L. HAYES
United States Attorney

_ s/ Sarah K. Morehead _
SARAH K. MOREHEAD, WSBA No.
29680
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: sarah.morehead@usdoj.gov

Attorney for Defendants

1

**<u>ORDER</u>**

2

3      The parties having so stipulated, IT IS ORDERED that the stipulation is granted.  The

4   Clerk shall renote Plaintiff's Motion for Summary Judgment (Dkt. #9) for consideration on

5   September 14, 2018.

6

7      Dated this 15th day of August 2018.

8

9

10  RICARDO S. MARTINEZ
    CHIEF UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order
2:18-cv-00107-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970