The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIAN WEI (BRUCE) SUI,<br><br>               Plaintiff,<br><br>      v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; FEDERAL BUREAU OF INVESTIGATION; JILL A. EGGLESTON, DIRECTOR OF USCIS FOIA OPERATIONS; DAVID HARDY, SECTION CHIEF OF THE RECORDS MANAGEMENT DIVISION OF THE FBI; KIRSTJEN M. NIELSEN, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; JEFFERSON SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES,<br><br>               Defendants. | 2:18-cv-00107-RSM<br><br>STIPULATED MOTION AND ORDER TO REMAND |

## **JOINT STIPULATION**

The parties stipulate and agree that all claims in this matter can be remanded to U.S. Citizenship and Immigration Services ("USCIS"). Within one week of the date when a remand order is signed, USCIS will adjudicate plaintiff's pending N-336, Request

for a hearing on a Decision in Naturalization Proceedings as well as his N-400 Application for Naturalization. If plaintiff continues to maintain good moral character, USCIS will schedule the Oath of Allegiance within four weeks of the date a remand order is signed.

Within a week after plaintiff swears the Oath of Allegiance, the parties will file a stipulation of dismissal with prejudice in which the parties agree to dismiss all claims against all defendants in this matter with prejudice and without fees or costs to either party.

Dated this 10th day of September, 2018.

GIBBS HOUSTON PAUW

 *s/ Robert Pauw* 
Robert Pauw, WSBA No. 13613
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, Washington 98104-1003
Phone: 206-682-1080
Email: rpauw@ghp-law.net

Attorney for Plaintiff

Dated this 10th day of September, 2018.

ANNETTE L. HAYES
United States Attorney

 *s/ Sarah K. Morehead* 
SARAH K. MOREHEAD, WSBA No. 29680
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: sarah.morehead@usdoj.gov

Attorney for Defendants

Stipulation and Order
2:18-cv-00107-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# ORDER

The parties having so stipulated, IT IS ORDERED that the stipulation is granted. This matter is REMANDED to USCIS.

Dated this 10 day of September 2018.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation and Order
2:18-cv-00107-RSM - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970