The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIAN WEI (BRUCE) SUI,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; FEDERAL BUREAU OF INVESTIGATION; JILL A. EGGLESTON, DIRECTOR OF USCIS FOIA OPERATIONS; DAVID HARDY, SECTION CHIEF OF THE RECORDS MANAGEMENT DIVISION OF THE FBI; KIRSTJEN M. NIELSEN, SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY; JEFFERSON SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES,<br><br>        Defendants. | 2:18-cv-00107-RSM<br><br>STIPULATED MOTION AND ORDER TO DISMISS |

## **JOINT STIPULATION**

The parties stipulate and agree to dismiss all claims against all defendants with prejudice and without fees or costs to either party.

Stipulation and Order
2:18-cv-00107-RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| Dated this 25th day of September, 2018. | Dated this 25th day of September, 2018. |
| GIBBS HOUSTON PAUW | ANNETTE L. HAYES<br>United States Attorney |
| _s/ Robert Pauw_<br>Robert Pauw, WSBA No. 13613<br>Gibbs Houston Pauw<br>1000 Second Avenue, Suite 1600<br>Seattle, Washington 98104-1003<br>Phone: 206-682-1080<br>Email: rpauw@ghp-law.net<br><br>Attorney for Plaintiff | _s/ Sarah K. Morehead_<br>SARAH K. MOREHEAD, WSBA No. 29680<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Email: sarah.morehead@usdoj.gov<br><br>Attorney for Defendants |

## **ORDER**

The parties having so stipulated, IT IS ORDERED that the stipulation is granted. All claims against all defendants are dismissed with prejudice and without fees or costs to either party.

Dated this 1 day of October 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Stipulation and Order
2:18-cv-00107-RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970